VAN–009 Notice of Continued Telephone Conference – Rev. 01/06/2022

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### New Bern Division

IN RE:
Stephen Richard Drew
 ( debtor has no known aliases )
218 Sea Holly Trail
Swansboro, NC 28584–9025

CASE NO.: 19–00413–5–JNC

DATE FILED: January 31, 2019

CHAPTER: 13

Sandra Kay Drew
 ( debtor has no known aliases )
218 Sea Holly Trail
Swansboro, NC 28584–9025

## NOTICE OF RESCHEDULED HEARING

NOTICE IS HEREBY GIVEN that the hearing has been rescheduled and will be held by telephone as indicated below:

DATE:  Wednesday, February 22, 2023
TIME:  11:30 AM
to consider and act upon the following matters:

Notice of Substitution of Counsel – Kenneth W. King, Jr. substituted for Roger A. Moore.

The hearing will involve the following parties:

Judge Joseph N. Callaway
Kenneth King

NOTE: Trustee/Debtor not required at the hearing.

To join the conference call, please dial 1–888–273–3658, and enter the access code 3113071 # . If asked, please do not join the conference call as the host, instead, press the # key and wait for the conference to begin. The AT & T operator will ask you to state your name when the conference is about to begin.

DATED: February 12, 2023

                                                        Stephanie J. Butler
                                                       Clerk of Court